IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| POROTESANO FAAPOULI,<br><br>                Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO,<br><br>                Defendant. | Civil No.  1:09-cv-00907-OWW-SMS<br><br>Hon. Oliver W. Wanger |

**ORDER ENLARGING DEADLINES IN THE
COURT'S SCHEDULING CONFERENCE ORDER**

**WHEREAS**, a central issue in this case is whether Plaintiff Porotesano Faapouli, given his medical limitations, was reemployed in the appropriate reemployment position by Defendant County of Fresno when he returned from military service; and

**WHEREAS**, more time is needed for any proposed expert to review all relevant information and prepare, if appropriate, an expert report,

**IT IS HEREBY ORDERED** that deadlines in the Court's September 16, 2009 Scheduling Conference Order are adjusted as follows:

I.      Discovery Plan and Cut-Off Date.

        1.      The parties are ordered to complete all discovery on or before April 16, 2010.

        2.      The parties are directed to disclose all expert witnesses, in writing, on or before February 8, 2010.  Any rebuttal or supplemental expert disclosures will be made on or before March 8, 2010.  The parties will comply with the provisions of Federal Rule of Civil Procedure 26(a)(2) regarding their expert designations.  Local Rule 16-240(a) notwithstanding, the written designation of experts shall be made pursuant to F. R. Civ. P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder.  Failure to designate experts in compliance

1  with this order may result in the Court excluding the testimony or other evidence offered through

2  such experts that are not disclosed pursuant to this order.

3  II.     Pre-Trial Motion Schedule.

4         1.     All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be

5  filed on or before May 3, 2010, and heard on June 11, 2010, at 9:00 a.m. before Magistrate Judge

6  Sandra M. Snyder in Courtroom 7.

7         2.     All Dispositive Pre-Trial Motions are to be filed no later than May 21, 2010, and

8  will be heard on June 14, 2010, at 10:00 a.m. before the Honorable Oliver W. Wanger, United

9  States District Judge, in Courtroom 3, 7th Floor.  In scheduling such motions, counsel shall

10 comply with Local Rule 230.

11 III.    Pre-Trial Conference Date.

12        1.     July 12, 2010, at 11:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver

13 W. Wanger, United States District Judge.

14 IV.    Trial Date.

15        1.     August 10, 2010, at the hour of 9:00 a.m. in Courtroom 3, 7th Floor, before the

16 Honorable Oliver W. Wanger, United States District Judge.

17

18 IT IS SO ORDERED.

19 Dated: December 11, 2009                    /s/ OLIVER W. WANGER
                                            UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28